**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01525-CV

## D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE F/K/A MAGAZINE LIMITED PARTNERS, L.P. AND ALLISON MEDIA, INC., Appellants

### V.

### JANAY BENDER ROSENTHAL, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01346**

## ORDER

Although ordered to file her portion of the reporter's record no later than January 15, 2020, court reporter Vielica Dobbins has not complied. Accordingly, we **ORDER** Ms. Dobbins to file the record **no later than February 10, 2020**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Tina Thompson, Official Court Reporter for the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE